UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------ X

IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

3:09-md-02100-DRH-PMF

MDL No. 2100

------------------------------------------------------------

**This Document Relates to:**

Judge David R. Herndon

*Bennett et al v. Bayer Healthcare Pharmaceuticals Inc. et al* No. 3:13-cv-20026-DRH-PMF

## ORDER

**HERNDON, Chief Judge:**

This matter is before the Court for case management. Currently before the Court is the *pro se* plaintiff's (Ms. Bennett) motion for CM/ECF access (Doc. 40). Also before the Court is Ms. Bennett's motion for an exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts (filed in the transferor district court) (Doc. 21).

Pursuant to the Court's ECF rules, attorneys admitted to the bar of this court must register as Filing Users of the court's ECF system and utilize the same (or move for exemption). ECF Filing Rule 2. The ECF filing rules further provide that "a party to a pending civil action who is not represented by an attorney may

register as a Filing User in the ECF system solely for purposes of the action," if the Court permits. *Id.* Having considered Ms. Bennett's motion, the Court has concluded that it will permit Ms. Bennett to register as a Filing User in the ECF system solely for purposes of the above captioned action. Prior to registering as a Filing User, <u>Prior to registration, Ms. Bennett must complete the online Case Management/Electronic Case Filing Training</u>. A link to the Court's online training is available here: http://www.ilsd.uscourts.gov/ECF/EcfTraining.aspx. Further, The Court emphasizes that Ms. Bennett MUST comply with ECF Rules, Local Rules, and the Federal Rules of Civil Procedure. If Ms. Bennett fails to comply with these rules, the Court may terminate her registration as a Filing User in ECF. With the above requirements in place, the motion to register as a non-attorney Filing User in the ECF system is **GRANTED**.

The motion for exemption from fees associated with using the ECF system is **DENIED**. The information available to the Court indicates that Ms. Bennett's family income does not warrant a waiver of the fees associated with using the ECF system.

**SO ORDERED:**

Digitally signed by
David R. Herndon
Date: 2013.10.31
11:51:07 -05'00'

**Chief Judge**  
**United States District Court**                                Date:  October 31, 2013