UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------ X

IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

3:09-md-02100-DRH-PMF

MDL No. 2100

------------------------------------------------------------

**This Document Relates to:**

Judge David R. Herndon

*Bennett et al v. Bayer Healthcare Pharmaceuticals Inc. et al* No. 3:13-cv-20026-DRH-PMF

## ORDER

**HERNDON, Chief Judge:**

This matter is before the Court on the plaintiff's motion for sanctions against the defendant (Doc. 53). The plaintiff asserts that Bayer has lied (1) about the state of case-specific discovery and (2) in response to her requests for admissions.

The Court finds that the first allegation is unfounded. The problem here is not that Bayer has misrepresented the state of discovery. Rather, the problem is that the plaintiff has not complied with this Court's orders regarding discovery and for the orderly management of her case (*see* Doc. 54 pp. 1-3). The Court further finds that the second allegation is unfounded (*see* Doc. 54 p. 3) (noting that the response to the request to admit related to Bayer HealthCare

Pharmaceuticals, Inc. (the only served entity) and that Bayer HealthCare Pharmaceuticals, Inc. is a U.S. entity having no involvement in the allegations asserted by the plaintiff).

The plaintiff's motion for sanctions is therefore DENIED.

SO ORDERED:

David R. Herndon
2013.12.10
14:16:38 -06'00'

**Chief Judge**  Date: December 10, 2013
**United States District Court**