UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

-----------------------------------------------------------  X

IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

3:09-md-02100-DRH-PMF

MDL No. 2100

-----------------------------------------------------------

This Document Relates to:

*Bennett et al. v. Bayer Healthcare Pharmaceuticals Inc., et al.* No. 3:13-cv-20026-DRH-PMF

Judge David R. Herndon

## ORDER

**HERNDON, Chief Judge:**

This matter is before the Court for case management. The complaint asserts claims on behalf of the plaintiff, Maryam T Bennett, who was allegedly injured as a result of ingesting Yasmin (a prescription pharmaceutical) (Doc. 3). Mrs. Bennett is proceeding *pro se*. The complaint also identifies Maryam Bennett's husband, Cobrey G. Bennett, as a plaintiff asserting a loss of consortium claim.

Since the filing of the complaint, Ms. Bennett has filed a number of motions on her behalf and purportedly on behalf of her husband (*see e.g.*, Doc. 20 Motion to Remand purportedly filed on behalf of Mrs. And Mr. Bennett). Although individuals may represent themselves in federal court, *pro se* litigants and non-

lawyers cannot represent other individuals. *See Nocula v. Tooling Systems International Corp.*, 520 F.3d 719, 725 (7th Cir. 2008) ("one pro se litigant cannot represent another") (citations omitted).

Consequently, Mrs. Bennett cannot represent Mr. Bennett. Mr. Bennett must represent himself, as a *pro se* litigant (independent of Mrs. Bennett), or be represented by counsel.

The Court is ORDERING Mr. Bennett to inform the Court, within 30 days of entry of this Order, whether he will represent himself or who his counsel will be. If Mr. Bennett fails to comply with this Order, his claim will be subject to dismissal, without prejudice, under Federal Rule of Civil Procedure 41(b) for failure to prosecute or to comply with the orders of this Court.

**SO ORDERED:**

Digitally signed by
David R. Herndon
Date: 2014.01.13
13:02:40 -06'00'

**Chief Judge**                                                               **Date: January 13, 2014**
**United States District Court**