UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

*Maryam T. Bennett, et al, v. Bayer HealthCare Pharmaceuticals Inc., et al.*   No. 13-cv-20026-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on March 17, 2014 (Doc. 105), Plaintiff's claims are **DISMISSED with prejudice** for failure to comply with the requirements of CMO 61.

                                                   NANCY J. ROSENSTENGEL,
                                                   CLERK OF COURT

                                                   BY:  /s/*Sara Jennings*
                                                            Deputy Clerk

**Dated:** March 17, 2014

Digitally signed by David R. Herndon
Date: 2014.03.17 16:32:53 -05'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**