UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------ X

IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

3:09-md-02100-DRH-PMF

MDL No. 2100

------------------------------------------------------------

**This Document Relates to:**

*Maryam Bennett, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* No. 3:13-cv-20026-DRH-PMF

**Judge David R. Herndon**

## ORDER

**HERNDON, Chief Judge:**

This matter is before the Court on the plaintiff's motion to set aside judgment (Doc. 107). The plaintiff asked the Court to set aside judgment due to her pending motion for remand (filed with the JPML) (Doc. 107). The plaintiff's motion for remand has been denied (Doc. 111). Accordingly, her motion to set aside is now moot. Further, "the pendency of a motion . . . or conditional remand order before the Panel pursuant to 28 U.S.C. § 1407 does not affect or suspend orders and pretrial proceedings in any pending federal district court action and

1

does not limit the pretrial jurisdiction of that court." JPML Rule 2.1(d).

For the reasons discussed herein, the plaintiff's motion to set aside judgment is DENIED.

**SO ORDERED:**

Digitally signed by
David R. Herndon
Date: 2014.04.07
16:22:50 -05'00'

**Chief Judge**  Date:  April 7, 2014
**United States District Court**