UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------ X

IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

3:09-md-02100-DRH-PMF

MDL No. 2100

------------------------------------------------------------

**This Document Relates to:**

*Maryam Bennett, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* No. 3:13-cv-20026-DRH-PMF

**Judge David R. Herndon**

## ORDER

**HERNDON, Chief Judge:**

This matter is before the Court on the plaintiff's motion for "Explanation Reasons for Order" (improperly filed as a motion for writ of Mandamus) (Doc. 108). In her motion, the plaintiff has identified items that she would like the Court to explain for purposes of appeal. **Having fully considered the plaintiff's request, the motion is DENIED**.

The Court has previously provided ample explanation for orders it has entered. Further, in the Court's order dismissing the case with prejudice, the Court addressed a number of issues identified by the plaintiff (Doc. 105). The Court will not and need not revisit every order it has entered in this case. The plaintiff's case has been dismissed with prejudice and final judgment has been

entered (Doc. 105, Doc. 106). Because the Court has entered final judgment, the plaintiff's grievances may now be addressed on appeal.

**SO ORDERED:**

Digitally signed by
David R. Herndon
Date: 2014.04.07
16:20:42 -05'00'

**Chief Judge**                                                   Date:  April 7, 2014
**United States District Court**

2